Opinion issued April 4, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00004-CV

____________


UNITED BUSINESS MACHINES, INC., Appellant


V.


PERSONAL IMAGES PRINTING, INC., CTT ENVIRONMENTAL SERVICES,
INC., AND SCOTT STEPHENS, Appellees






On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 735,274






O P I N I O N

 Appellant has filed a motion to dismiss its appeal as moot. Appellees do not
oppose the motion. Accordingly, the motion is granted, and the appeal is dismissed. 
Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Chief Justice Schneider and Justices Taft and Radack.

Do not publish. Tex. R. App. P. 47.